459 A.2d 20

Commonwealth v. Goodwin, Appellant.

Reargument Denied May 13, 1983.

Petition for Allowance of Appeal
Denied Nov. 11, 1983.

Submitted June 3, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.